IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAVID ALLEN COLLUMS                                        PLAINTIFF

v.                                CIVIL ACTION NO. 1:15-cv-138-HSO-JCG

RONALD WOODALL, ET AL.                                   DEFENDANTS

**ORDER ADOPTING REPORT AND RECOMMENDATION [31],
GRANTING DEFENDANT BURCK'S MOTION [22] FOR SUMMARY
JUDGMENT, GRANTING DEFENDANT WOODALL'S AFFIRMATIVE
DEFENSE [21] OF FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES,
AND DISMISSING COMPLAINT [1] WITHOUT PREJUDICE**

This matter is before the Court on the Report and Recommendation [31] of

United States Magistrate Judge John C. Gargiulo, entered on June 27, 2016,

recommending that the Court grant Defendant James Burck's Motion [22] for

Summary Judgment, grant Defendant Ronald Woodall's Affirmative Defenses and

Answer [21] (which the Court will construe at this juncture as a motion

for summary judgment), and dismiss Plaintiff's Complaint [1] without prejudice for

failure to exhaust administrative remedies.  Plaintiff has not filed any objection to

the Report and Recommendation, and the time for doing so has passed.

Where a party fails to file specific objections to a magistrate's proposed

findings of fact and recommendation, the district court reviews the proposed

findings of fact and recommendation for findings and conclusions that are clearly

erroneous or contrary to law.  28 U.S.C. § 636(b)(1); *see United States v. Wilson*, 864

F.2d 1219, 1221 (5th Cir. 1989).  The Court finds that the Magistrate Judge

properly recommended that Defendant Burck's Motion [22] for Summary Judgment

and Defendant Woodall's Affirmative Defense [21] of failure to exhaust

administrative remedies be granted and Plaintiff's Complaint [1] be dismissed.

After referral of hearing by this Court, no objections having been filed as to the

Report and Recommendation, and the Court, having fully reviewed the same as well

as the record and relevant law in this matter, and being fully advised in the

premises, finds that the Report and Recommendation is neither clearly erroneous

nor contrary to law and should be adopted in its entirety as the opinion of this

Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and

Recommendation [31] of Magistrate Judge John C. Gargiulo, entered on June 27,

2016, is adopted in its entirety as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Defendant James

Burck's Motion [22] for Summary Judgment and Defendant Ronald Woodall's

Affirmative Defenses and Answer [21] of failure to exhaust administrative remedies

are **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff's

Complaint [1] is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust

administrative remedies.  A separate final judgment will be entered pursuant to

Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED**, this the 19th day of July, 2016.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE